**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEP 2 0 2010

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

| | | |
|---|---|---|
| In re: Grand Jury Subpoena | ) | Miscellaneous No. 10-400 |
| No. 8664653 | ) | ~~UNDER SEAL~~ |
| | ) | |

## ORDER

Upon consideration of the movant's motion [1], the Government's opposition [2],

movant's reply [4], the applicable law, and the record herein, it is hereby

ORDERED that movant's motion to quash the grand jury subpoena is DENIED for the

reasons stated in an accompanying memorandum of opinion; it is further

ORDERED that the Government's motion to compel compliance with the subpoena is

GRANTED; it is further

ORDERED that movant's motion to appoint a special master to conduct a privilege

review before enforcement of the subpoena is DENIED; and it is further

ORDERED that movant comply with the subpoena within ten days of this order.

SO ORDERED.

___9/20/10 Redacted Version___     Royce C. Lamberth
Date                              ROYCE C. LAMBERTH
                                  Chief Judge
                                  United States District Court